Martin Mager, Appellant, v. New York and Western Specialty Company and Annie C. Carpenter, Defendants. D. Henry Brown, Late Sheriff of Suffolk County, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Walter S. Newhouse, Appellant and Respondent, v. Benjamin E. De Sola, Respondent and Appellant, and Others. (Appeal No. 2.)—Order affirmed, without costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Walter S. Newhouse, Appellant and Respondent, v. Schundler & De Sola, Inc., Respondent and Appellant, and Others. (Appeal No. 1.) — Order on motion for judgment on the pleadings modified by striking out the followng provision: "Ordered, that plaintiff's demurrer to the fifth defense in the answer of defendant Schundler & De Sola, Incorporated, be and it is hereby overruled," and substituting therefor: "Ordered, that the plaintiff's demurrer to the fifth defense in the answer of defendant Schundler & De Sola, Incorporated, be and it is hereby allowed." And as modified affirmed, with ten dollars costs and disbursements to plaintiff, appellant. The ground of this decision is that in the contract of the maker there was not such an alteration as would avoid the instrument. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Northern Westchester Lighting Company, Appellant, v. The President and Trustees of the Village of Ossining, Respondent.— Order setting aside verdict and granting new trial affirmed, costs to abide the event. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

Andrew Peck, Respondent, v. George D. Cook and Arthur B. Turner, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.